

NUMBER 13-08-00483-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

IN THE INTEREST OF S.Z.M., A CHILD

On appeal from the 156th District Court
of Bee County, Texas.

# MEMORANDUM OPINION

Before Justices Yañez, Garza, and Vela
Memorandum Opinion Per Curiam

Appellant perfected an appeal from a judgment entered by the 156th District Court of Bee County, Texas, in cause number B-04-1072-CV-B. Appellant has filed an unopposed motion to dismiss the appeal. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's amended motion to dismiss is granted, and the appeal is

hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this the 30th day of October, 2008.